UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR., | No. 2:17-cv-0006 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SGT. T. ROWLAND, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On August 10, 2017, plaintiff filed a document stating he just wants to inform the court that a video interview was done, and appears to ask the court to request the video and reports of the meeting. (ECF No. 17.) However, plaintiff is informed that the court does not request discovery on behalf of litigants. Rather, it is incumbent upon plaintiff to propound his own discovery requests.

Once the court issues its discovery and scheduling order, plaintiff will be able to request discovery from counsel for defendants. Court permission is not necessary for discovery requests. Discovery requests served on an opposing party and that party's responses should not be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. In other words, discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 17) is placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: August 25, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/blac0006.411