UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR., | No. 2:17-cv-0006 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. ROWLAND, et al., | |
| Defendants. | |

Defendants have filed a motion for extension of time to file dispositional documents in the following cases:

<u>Black v. Rowland</u>, No. 2:17-cv-0006 KJM KJN (E.D. Cal.);

<u>Black v. Dep't of Corrections and Rehabilitation</u>, No. 2:17-cv-0062 RGK RAO (C.D. Cal.);

<u>Black v. Vasquez</u>, No. 2:16-cv-3027 AC (E.D. Cal.);

<u>Black v. Rios</u>, No. 2:17-cv-7760 (C.D. Cal.); and

<u>Black v. Lopez</u>, No. 2:17-cv-7131 (C.D. Cal.).

Defendants state that plaintiff mailed the notices of voluntary dismissals in Case Nos. 2:16-cv-3027, 2:17-cv-7760, and 2:17-cv-7131 to defendants' counsel rather than mailing them directly to the court for entry on the appropriate dockets. Defendants contend that because no defendant has been served or appeared, plaintiff must file the notice of dismissal in each of these

cases. Defendants explained to plaintiff that the CDCR cannot initiate the payment process for the settlement funds until plaintiff files all of the notices of voluntary dismissal. As of February 20, 2018, plaintiff had not yet filed the notices of voluntary dismissals in such cases.

Good cause appearing, defendants' request for extension of time is granted. Plaintiff is cautioned that he negotiated settlements in all five of his cases set forth above, and such settlement was placed on the court record. Plaintiff is required to sign the notices of voluntary dismissal in Case Nos. 2:16-cv-3027, 2:17-cv-7760, and 2:17-cv-7131, and payment of the settlement proceeds will be delayed until he files such notices. Thus, plaintiff can expedite the processing of his settlement by filing such notices in each of these cases as soon as possible.

It appears that plaintiff may have signed notices of voluntary dismissal for his cases in the Central District, but forwarded them to defendants' counsel. If defendants' counsel still has such signed notices, defendants' counsel may assist plaintiff by filing the notices on plaintiff's behalf by special appearance in the Central District cases. Similarly, if plaintiff wishes to return the signed notices for all three of these remaining cases to defendants' counsel, counsel may file the notices on plaintiff's behalf by special appearance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 32) is granted; and

2. Defendants are granted thirty days from the date of this order in which to file dispositional documents.

Dated: March 1, 2018

/blac006.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE